UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT GERBER,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL CAHILL, et al.,<br><br>        Defendants. | Case No. 18-cv-04461-JD<br><br>**ORDER TO SHOW CAUSE** |

On July 23, 2018, plaintiff Gerber filed a complaint that consisted only of a cover page. Dkt. No. 1. Since then, the Court has repeatedly advised him that the case would not proceed until he filed the complete complaint. He has not done so or otherwise responded to the Court's orders. A case management conference was scheduled for October 25, 2018 but plaintiff failed to file a case management statement. The Court has since vacated the CMC. Dkt. No. 11.

Plaintiff and its counsel are ordered to show cause in writing by **October 29, 2018** why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
JAMES DONATO
United States District Judge