UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT GERBER,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL CAHILL, et al.,<br><br>        Defendants. | Case No.18-cv-04461-JD<br><br>**ORDER RE OSC AND DISMISSING CASE**<br><br>Re: Dkt. No. 12 |

Plaintiff's response to the order to show cause is unsatisfactory. Dkt. Nos. 12, 13. Counsel has not provided any good cause for filing only one page of the complaint, despite repeated requests from the court to provide a full copy. All counsel had to do was print and file the remainder of the document. His references to client unavailability and a printing error are entirely unresponsive to the court's requests. Counsel also provides no reason for his failure to file a case management statement. His abrupt proposal to stay the case pending resolution of another action in California state court is neither procedurally proper nor otherwise well-taken.

The Court has considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987). The Court finds that notwithstanding the public policy favoring the disposition of actions on their merits, the Court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. There is no appropriate less drastic sanction in light of plaintiff's repeated failure to abide by the Court's orders or file a full copy of the complaint. This action is dismissed without prejudice for plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 8, 2018

JAMES DONATO
United States District Judge